**TRENK, DiPASQUALE, WEBSTER,
  DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue
West Orange, New Jersey 07052
(973) 243-8600
Joseph J. DiPasquale (JD 3330)
Thomas M. Walsh (TW 0645)
Adam D. Wolper (AW 6169)
*Proposed Attorneys for Debtor-in-Possession, Hudson Healthcare, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON HEALTHCARE, INC., | Case No. 11-33014 (DHS) |
| Debtor. | Honorable Donald H. Steckroth |
| | Hearing Date:  September 13, 2011<br>Hearing Time:  10:00 a.m. |
| | Oral Argument Requested |

**NOTICE OF DEBTOR'S FIRST OMNIBUS MOTION FOR (i) AUTHORIZATION
TO SELL SUBSTANTIALLY ALL OF ITS ASSETS OUTSIDE THE ORDINARY
COURSE OF BUSINESS, FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS,
AND ENCUMBRANCES, PURSUANT TO PRIVATE SALE; (ii) APPROVAL OF FORM
AND CONTENT OF ASSET PURCHASE AGREEMENT BETWEEN DEBTOR
AND HUMC HOLDCO, LLC AND HUMC OPCO, LLC; (iii) AUTHORIZATION
TO ASSUME AND ASSIGN CERTAIN OF ITS EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, (iv) AUTHORIZATION TO SELL "DESIGNATION RIGHTS"
IN CONNECTION WITH CERTAIN OF ITS EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, (v) AUTHORIZATION TO REJECT ALL EXECUTORY
CONTRACTS AND UNEXPIRED LEASES THAT ARE NOT ASSUMED OR
DESIGNATED; (vi) AUTHORIZATION TO REJECT COLLECTIVE BARGAINING
AGREEMENTS; AND (vii) GRANTING OTHER AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on **September 13, 2011 at 10:00 a.m.**, or as soon

thereafter as counsel may be heard, the undersigned, proposed attorneys for Hudson Healthcare,

Inc., the within chapter 11 debtor and debtor-in-possession (the "Debtor"), shall move before the

Honorable Donald H. Steckroth, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey

07102, for entry of an Order (i) Authorizing the Debtor to Sell Substantially All of its Assets Outside the Ordinary Course of its Business, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (ii) Approving Form and Content of Asset Purchase Agreement Between Debtor and HUMC Holdco, LLC, and HUMC Opco, LLC; (iii) Authorizing the Debtor to Assume and Assign Certain of its Executory Contracts and Unexpired Leases; (iv) Authorizing the Debtor to Sell "Designation Rights" in Connection with Certain of its Executory Contracts and Unexpired Leases; (v) Authorizing the Debtor to Reject all Executory Contracts and Unexpired Leases that are Not Assumed or Designated; (vi) Authorizing the Debtor to Reject Collective Bargaining Agreements; and (vii) Granting Other and Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the accompanying Verified Application. A proposed form of Order granting the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-2, no brief is being filed in support of this motion inasmuch as the legal principles involved are not in dispute or novel and are adequately set forth in the accompanying application.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objections; (iii) be filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey, electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents, dated March 27, 2002 (the "General Order"), and the Commentary Supplementing Administrative Procedures, dated as of March 2004 (the "Supplemental Commentary") (the General Order, Supplementary Commentary and the User's Manual for the Bankruptcy Court), and by all other

parties in interest, and shall be served upon each of the following parties so as to be *actually received* by

**September 6, 2011, at 4:00 p.m. (prevailing Eastern Time):**

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
Tel.: (973) 645-3014
Fax: (973) 645-5993

Joseph J. DiPasquale, Esq.
Thomas M. Walsh, Esq.
Trenk, DiPasquale, Webster,
Della Fera & Sodono, P.C.
347 Mount Pleasant Avenue
Third Floor
West Orange, NJ 07052
Tel.: (973) 243-8600
Fax: (973) 243-8677
Email: jdipasquale@trenklawfirm.com
       twalsh@trenklawfirm.com

*Proposed Attorneys for Debtor-in-Possession*

Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102-5400
Tel.: (973) 643-7000
Fax: (973) 643-6500
email: asherman@sillcummis.com
       bmankovetskiy@sillscummis.com

Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Laura R. Kuntz, Esq.
Andrew D. Behlmann, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
Tel.: (973) 597-2500
Fax: (973) 597-2400
email: krosen@lowenstein.com
       mseymour@lowenstein.com
       lkuntz@lowenstein.com
       abehlmann@lowenstein.com

*Attorneys for the Official Committee of Unsecured Creditors*

*Attorneys for Hoboken Municipal Hospital Authority*

Louis A. Modugno, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Tel.: 973-993-8100
Fax: 973-425-0161
email: lmodugno@mdmc-law.com

Gary D. Bressler, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 John F. Kennedy Blvd.
Suite 1500
Philadelphia, PA 19103
Tel.: 215-557-2900
Fax: 215-557-2990
email: gbressler@mdmc-law.com

*Attorneys for Purchaser*

*Attorneys for Purchaser*

3

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(k), in the event the motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument on the return date of the Motion.

Dated:  August 23, 2011            **TRENK, DiPASQUALE, WEBSTER,**
                                   **DELLA FERA & SODONO, P.C.**
                                   *Proposed Attorneys for Debtor and Debtor-in-Possession*


                                   By:    /s/ *Joseph J. DiPasquale*
                                          JOSEPH J. DiPASQUALE


435404_1.DOC