DAVID A. KASEN, ESQUIRE
KASEN & KASEN
Society Hill Office Park
Suite 3
1874 E. Marlton Pike
Cherry Hill, NJ 08003
(856) 424-4144
Fax (856) 424-7565
Attorneys for Capco Financial Corporation
ID#DK1778

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of | : Chapter 11 |
| HUDSON HEALTHCARE, INC., | : Case No. 11-33014/DHS |
| Debtor. | : Hearing Date:  9/21/11 at 10:00 a.m. |

**OBJECTION OF CAPCO FINANCIAL CORPORATION, ASSIGNEE OF SRD FIORE, INC., D/B/A SRD LAUNDRY SERVICE TO PROPOSED ORDER GRANTING DEBTOR AUTHORIZATION TO SELL SUBSTANTIALLY ALL OF ITS ASSETS, ETC.**

Capco Financial Corporation ("Capco"), as assignee of SRD Fiore, Inc., d/b/a SRD Laundry

Service ("SRD"), by and through the undersigned counsel, hereby objections to the Proposed

Order Granting Debtor Authorization to Sell Substantially All of Its Assets , Etc. for the

following reasons:

　　　　1.  The proposed form of Order does not appear to incorporate the resolution placed on

the record on September 22, 2011 whereby Capco Financial Corporation, Assignee of SRD

Fiore, Inc., d/b/a SRD Laundry Service (claim 165 on Exhibit D) was to be carved out from the

third party releases.

Dated: October 6, 2011                         /s/ David A. Kasen_____
                                               DAVID A. KASEN, ESQUIRE
                                               KASEN & KASEN
                                               Attorneys for Capco Financial Corporation, as
                                               Assignee of SRD Fiore, Inc., d/b/a SRD Laundry
                                               Service
                                               Society Hill Office Park
                                               Suite 3
                                               1874 E. Marlton Pike
                                               Cherry Hill, NJ 08003
                                               (856) 424-4144
                                               Fax (856) 424-7565
                                               ID#DK1778