| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>SILLS CUMMIS & GROSS P.C.<br>Andrew H. Sherman<br>Lucas F. Hammonds<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br>*Attorneys for Bernard A. Katz,*<br>*as Liquidating Trustee* | Order Filed on September 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HUDSON HEALTHCARE, INC.,<br><br>                          Debtor. | Case No.: 11-33014 (VFP)<br><br>Honorable Vincent F. Papalia<br><br>Chapter 11 |

## ORDER EXTENDING TERMINATION DATE OF
## HUDSON HEALTHCARE, INC. LIQUIDATING TRUST

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 13, 2018**

                                                                                                          */s/ Vincent F. Papalia*
                                                                            **Honorable Vincent F. Papalia**
                                                                            **United States Bankruptcy Judge**

Debtor: Hudson Healthcare, Inc.
Case No.: 11-33014 (VFP)
Caption of Order: Order Extending Termination Date of Hudson Healthcare, Inc. Liquidating Trust

This matter having been raised to this Court by the motion (the "Motion") of Bernard A. Katz, in his capacity as Liquidating Trustee (the "Liquidating Trustee") of the Hudson Healthcare, Inc. Liquidating Trust (the "Liquidating Trust"), by and through his counsel, Sills Cummis & Gross P.C., for the entry of an order extending the Liquidation Trust's termination date from September 12, 2018 to September 12, 2019; and this Court having jurisdiction to consider the relief requested thereby under 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding under 28 U.S.C. § 157(b); and adequate notice of the Motion having been given and no other or further notice being necessary; and this Court having considered the Motion, its supporting materials, and all responses thereto, if any; and after due deliberation thereon; and the requested extension being necessary to the liquidating purpose of the Liquidating Trust and in the best interest of the estate of Hudson Healthcare, Inc. and the beneficiaries of the Liquidating Trust; and good and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the termination date of the Liquidating Trust, set forth in Section 9.1 of the Liquidating Trust Agreement (as defined in the Motion), shall be and hereby is extended to September 12, 2019; and it is further

**ORDERED** that this order is without prejudice to the right of the Liquidating Trustee to seek further extensions of the Liquidating Trust's termination date.